UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASSANDRA JEAN BICE,

    Plaintiff,

                                           Case No. 22-cv-12095
v.                                      Hon. Matthew F. Leitman

THE METAL WARE CORPORATION,

    Defendant.

_____/

## ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT THE METAL WARE CORPORATION D/B/A NESCO'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56, OR IN THE ALTERNATIVE, MOTION FOR DISMISSAL FOR SPOLIATION OF EVIDENCE (ECF No. 19)

For the reasons stated on the record on May 9, 2024, Defendant, The Metal

Ware Corporation D/B/A Nesco's Motion for Summary Judgment Pursuant to Fed.

R. Civ. P. 56, or in the Alternative, Motion for Dismissal for Spoliation of Evidence

(ECF No. 19) is **TERMINATED WITHOUT PREJUDICE.**  Defendant may refile

the motion after the upcoming status conference with the Court.

    **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  May 9, 2024

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 9, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126