UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASSANDRA JEAN BICE,

    Plaintiff,

v.

                                  Case No. 22-cv-12095
                                  Hon. Matthew F. Leitman

THE METAL WARE CORPORATION,

    Defendant.
_____/

**<u>ORDER COMPELLING MEDIATION</u>**
**<u>AND SETTING FURTHER PROCEDURES</u>**

On June 7, 2024, the Court held an on-the-record status conference with counsel for both parties. During the conference, Plaintiff's counsel made an oral motion to compel the parties to participate in a mediation. In response, defense counsel left to the Court's discretion whether to compel mediation. Based upon the Court's discussions with counsel during the conference, the Court concludes that it would be a good idea for the parties to mediate now. The Court therefore grants the oral motion to compel mediation and orders the parties to complete private mediation by not later than **August 9, 2024**.

If the case does not settle at mediation, then by not later than **September 11, 2024**, Defendant shall make a witness (or witnesses) available for a deposition pursuant to the Rule 30(b)(6) of the Federal Rules of Civil Procedure. Defendant

may file a motion for summary judgment after the completion of the Rule 30(b)(6) deposition.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 7, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2